# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 9/14/11

**JUDGE:** Stanley S. Brotman

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**

**DOCKET NO:** Civ. #80-4104

**TITLE OF CASE:**

UNITED STATES, ET AL
   (vs)
CHARLES PRICE, ET AL

**APPEARANCES:**
Bethany Engel, Esq. (U.S. Department of Justice) for US
Richard F. Engel, Esq. (NJ Division of Law) for NJDEP
William H. Hyatt, Jr., Esq.
William C. Tucker, Esq. (Office of Regional Counsel) for
 US EPA, Region 2
Donald K. Joseph (Law Professor, Rutgers Camden
Robert N. Paschon, Esq.

**NATURE OF PROCEEDINGS:**

STATUS HEARING HELD

Richard Putnam sworn for Gov.'t.
Ira Perry Katz sworn for Gov.'t.

_____
Deputy Clerk

Time Commenced: 11:00 AM

Time Adjourned: 12:35 PM